# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130565

MARQUIS DYER,
   Plaintiff-Appellant,

v

EDWARD P. TRACHTMAN, D.O.,
   Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130565
COA: 264681
Oakland CC: 2000-024036-NH

_____/

   On order of the Court, the application for leave to appeal the January 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

t0522

_____
Clerk